AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| Patrick Doyle and the Proposed Class | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:23-cv-1543-TLT |
| Tesla, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Telsa, Inc.                                                                                                   .

Date:   04/28/2023

/s/ David R. Marriott
*Attorney's signature*

David R. Marriott (SBN 2682565)
*Printed name and bar number*

825 Eighth Avenue
New York, NY 10019

*Address*

dmarriott@cravath.com
*E-mail address*

(212) 474-1430
*Telephone number*

(212) 474-3700
*FAX number*