# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Patrick Doyle and the Proposed Class | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:23-cv-01543-TLT |
| Tesla, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Telsa, Inc.   .

Date:     05/04/2023

/s/ Christopher C. Wheeler
*Attorney's signature*

Christopher C. Wheeler (SBN 224872)
*Printed name and bar number*

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, CA 94104
*Address*

cwheeler@fbm.com
*E-mail address*

(415) 954-4979
*Telephone number*

(415) 954-4480
*FAX number*